IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| V. | : | |
| TONY SOTO | : | 06-328-2 |

**ORDER SETTING CONDITIONS OF RELEASE**

AND NOW, this   9th   day of  May, 2012, upon consideration of an agreement reached by counsel for both the government and the defendant, the following conditions of release are set:

Defendant shall:

1. Sign a O.R. bail bond; and

2. Abide by all conditions of release set in Judge Padova's June 27, 2011 order.

BY THE COURT:


 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE